IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
CLARENCE LUKER,                )
                               )
    Plaintiff,                 )
                               )      CIVIL ACTION NO.
    v.                         )       2:13cv394-MHT
                               )           (WO)
MRS. BLAKELY - MAIL CLERK,     )
                               )
    Defendant.                 )
```

ORDER

It is ORDERED that the motion for temporary restraining order (Doc. No. 2) is denied.

It is further ORDERED that this cause is referred back to the United States Magistrate Judge for further appropriate proceedings.

DONE, this the 10th day of June, 2013.

    /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE